**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01692-CMA-KMT

OMAR KELLY,

    Plaintiff,

v.

WAL-MART STORES, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Granting Defendant's Motion for Summary Judgment of Judge Christine M. Arguello entered on July 31, 2015 it is

    ORDERED that Defendant's Motion for Summary Judgment is granted.  It is

    FURTHER ORDERED that there is no just reason for delay of entry of final judgment in favor of Wal-Mart Stores, Inc. and against Omar Kelly.  It is

    FURTHER ORDERED that Wal-Mart Stores, Inc.  shall have thier costs by  the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of

judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and

D.C.COLO.LCivR 54.1

Dated at Denver, Colorado this 31st day of July, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ V. Barnes

V. Barnes
Deputy Clerk